[Nos. 43712-1-II; 44619-7-II.   Division Two.   July 22, 2014.]

JANICE GEARY, *Appellant*, v. ING BANK, FSB, ET AL., *Respondents*.

ING BANK, FSB, *Respondent*, v. JANICE VALLI, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 11-2-09057-0, Garold E. Johnson and Vicki L. Hogan, JJ., entered July 2, 2012 and March 8, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[Nos. 43941-7-II; 45381-9-II.   Division Two.   July 22, 2014.]

JACK DON KENNEDY ET AL., *Appellants*, v. SABERHAGEN HOLDINGS, INC., *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 12-2-05289-7, John R. Hickman, J., entered August 31, 2012. *Reversed* and *remanded* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 44131-4-II.   Division Two.   July 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA LEE DRECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00250-3, David L. Edwards, J., entered October 29, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 44478-0-II.   Division Two.   July 22, 2014.]

*In the Matter of the Personal Restraint of* CHARLES J. DAVIS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.